[10 NE3d 179, 986 NYS2d 870]

MARIA PILAR BUSTOS et al., Appellants, v LENOX HILL HOSPITAL, Respondent, et al., Defendants.

Decided May 1, 2014

APPEARANCES OF COUNSEL

*Hill & Moin, LLP*, New York City (*Cheryl R. Eisberg Moin* of counsel), for appellants.

*Mauro Lilling Naparty LLP*, Woodbury (*Caryn L. Lilling* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered upon the ground that it is unnecessary. The Appellate Division correctly determined that plaintiff failed to submit sufficient evidence to support a finding of liability against defendant hospital.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA; Judge ABDUS-SALAAM taking no part.